



**EXHIBIT 1**

## ABOUT US

### AMERICAN WONDER PORCELAIN

American Wonder Porcelain is an American company with international roots. With manufacturing based in Lebanon, Tennessee, the U.S. division operates as a wholly owned subsidiary of one of the largest and most financially stable tile companies in the world.

American Wonder Porcelain, comprised of a team of tile veterans who have come together from leading organizations within the industry, incorporates proven processes and strategy as well as a new vision for manufacturing, marketing, and selling tile in the United States.

The U.S. division is committed to the future of the tile industry in America and believes future growth depends upon increasing domestic manufacturing, adopting new, innovative techniques and spearheading ongoing research and development within the industry.

### OUR VISION

We will grow our business and ourselves by supporting our distribution customer to expand the promotion and profitable sales of tile products with integrity and passion.

### PRODUCTS

American Wonder Porcelain products are produced in the United States, at a state of the art manufacturing plant in Lebanon, Tennessee. Wonder Porcelain products are produced at one of the Asian production bases of our parent company. Wonder International products are produced by proven independent specialty manufacturing partners based both inside and outside of the United States.

American Wonder Porcelain products are certified by the Porcelain Tile Certification Agency and are thoroughly tested by the Tile Council of North America (TCNA) to ensure they meet or exceed defined standards in all performance categories. All porcelain products are certified to ensure they have water absorption of less than .5%. The average water absorption for our products is .3%.

Purchasing details for all American Wonder Porcelain products, including those for your local distributor or dealer, are available through Customer Service at customerservice@wonderporcelain.com or 615-994-3708.

Factors to Consider

Care and Maintenance

Case 3:20-cv-00415    Document 1-1    Filed 05/14/20    Page 1 of 3 PageID #: 39



DOWNLOAD MANUFACTURER'S WARRANTY

## MANUFACTURER'S WARRANTY

American Wonder Porcelain warrants that manufactured products for the period of one-year from date of purchase will be free from defect to meet or exceed the outlined performance specifications in ANSIA137.1- 2012 and performance data manufacturer specifications found in American Wonder Porcelain product literature.

Tile, due to inherent variability is subject to variation in technical specifications, this includes but not limited to color, graphic, raw materials, production process, and DCOF. Misuse of the product by the installer or customer through physical or chemical means, or negligence will void this warranty. Local building code violations, installation and/or substrate defects or deficiencies will void this warranty. Defects which are visual or detectable recognized prior to installation will void this warranty.

Due to variation in the manufacturing process and batching procedures, samples and merchandising are for general reference only as they may not be representative as an exact match of the product supplied. Product supplied may have slight variations in color, shade, and/or surface appearance.

American Wonder Porcelain will in no way be held liable on a claim which exceeds the purchase price paid for the product by the customer for our product. The defective product will be either refunded for the price of the product or replaced to remedy the defect.

American Wonder Porcelain reserves the right to exceed the terms of this warranty on a case-by-case basis at its own discretion dependent upon the nature of the claim.



## LOCATION

Our corporate office, manufacturing plant, research and development center, and distribution center is located in Lebanon, Tennessee, just minutes from the Nashville airport and Interstate 40. The supply chain management team has developed a logistics model partnering with the nation's leaders in transportation to offer nationwide delivery capabilities that are efficient and cost effective.

**Connect**

  

© Copyright 2019. American Wonder Porcelain.