

**NEELY ENGINEERING & CONTRACTING, LLC**

P.O. Box 3713
Clarksville, Tennessee 37043
Phone: 931.820.1501
Fax: 931.820.1009
email: [illegible]

Proposal #: 19-AW0610
By: Ewin

## Construction Estimate / Proposal

Project: Dorm Building Conventional Construction
American Wonder Porceline Tile, 5 Wonder Lane, Lebanon, TN
Client: Mr. Brian Messamore
Date: 6/10/2019; REV1 08-01-2019; REV2 08-13-2019; [illegible]

| Item | Subcode | Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|
| 1 | M | Materials for Construction of Dorm – Includes all materials to construct similar building size as container houses on existing foundations, except tile flooring and HVAC. Includes material for all electrical from service drop inward, plumbing from 5' outside building inward, framing, trusses, asphalt shingle roofing, hardi-board siding, drywall, paint, and bathroom fixtures (2 sinks, 2 showers, and 2 toilets). Excludes materials for flooring, PVC, cabinets, counter top, and vanities/tops and to be provided by owner. | 5 | EA | $33,750.00 | $168,750.00 |
| 2 | L | Labor for Construction of Dorm – Includes all labor to construct similar building size as container houses on existing foundations, except HVAC. Includes labor for all electrical from service drop inward, plumbing from 5' outside building inward, cabinets/counter top, vanities/tops, framing, trusses, asphalt shingle roofing, hardi-board siding, drywall, paint, flooring and bathroom fixtures (2 sinks, 2 showers, and 2 toilets). | 5 | EA | $45,750.00 | $228,750.00 |
| | | UNIT COST EACH = | $79,500.00 | | | |
| | | UNIT COST EACH PER SF (Approx. 1285 SF) = | $61.87 | | | |
| 3 | | | 0 | | $0.00 | $0.00 |

**Subcode Index:**
M - Material
L - Labor
E - Equipment
D - Design
C - Complete
AWL - Allowance
ENGR - Engineering

**Unit Index:**
EA - Each
LS - Lump Sum
HR - Hours
LF - Linear Feet
CF - Cubic Feet
SF - Square Feet
SY - Square Yards

Design and Constr. Subtotal = $397,500.00
Builders Risk Insurance @ 0.00% = $0.00
+Overhead @ 0.00% = $0.00
+Profit @ 0.00% = $0.00
Design and Constr. Total Est. = $397,500.00

**EXHIBIT 3**

Client: Mr. Brian Messamore
Date: 6/10/2019; REV1 08-01-2019; REV2 08-13-2019; REV3 08-14-2019

| Item | Subcode | Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|
| | | CY - Cubic Yards | | | | |

Contr. Authorizing Signature: _[signature]_

Client Authorizing Signature: _[signature]_  Date: 8-14-2019

Notes and Exceptions

1. Max scope of work for items listed above is as indicated. Any required quantities in excess of these values will be brought to the attention of the Client prior to engaging in extra work. Extra work will be billable at rate indicated above plus applicable OH&P.

2. All costs are based on permitting these units as residential construction. Commercial permitting and construction will be at additional costs. It is anticipated that once commenced the work can be completed within approximately 100 days from Code Office approval and mobilization to start. Start date of construction to be determined based on workload at time of NTP and Code Approval. Any adequate facilities taxes or other fees associated with the construction or development are excluded from this proposal. NEC agrees to Liquidated Damages of maximum $100/day if substantial completion is not obtained within contract time.

3. Above costs excludes L&M for all prep and finish for HVAC.

4. Includes NFPA R13 sprinkler system allowance of $4.00/gsf per unit. Any costs in excess of this amount will be billable as extra work.

Note: The information contained in this document is of a proprietary nature and intended only for the use of the signing authorized parties noted as Client above. As such this information and its concepts are not to be shared in any form, including but not limited to written, verbal or electronic, to any other individual, entity or firm, for any reason without the prior expressed and written approval of NEEK Engineering & Contracting LLC. This quotation or bid expires 30 days following the date of this estimate listed above, unless specifically noted herein otherwise. Acceptance of this proposal by written, verbal, facsimile, or any other effective means authorizing NEC to proceed with the work herein listed constitutes also full acceptance of the Master Services Agreement (MSA), or if not present then the standard NEC General Terms and Conditions, effective as of the date