TRENCH & PIT



**NEELY ENGINEERING & CONTRACTING, LLC**

850 Hwy 76 or P.O. Box 3713
Clarksville, Tennessee 37043
Phone: 931.820.1501
Fax: 931.820.1009
email: neelyec@gmail.com

Proposal #: 19-AW-0625
Work Order #: TBD
By: EWN
8/27/19
REV8

## Construction Estimate -- KEDA Equipment and Trenches Plus Pit

Project: Trenches, Pits and Equipment Foundations -- KEDA Layout provided by AW -- New Production Lines
American Wonder Porceline Tile - 5 Wonder Lane, Lebanon, TN
Client: Mr. Brian Messamore
Date: 6/25/2019:REV2 07-18-2019:REV3 07-19-2019: REV4 08-01-2019: REV5 08-08-2019: REV6 08-14-2019: REV7 08-22-2019: REV8 08-27-2019

| Item | Subcode | Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|
| 1 | ENGR | ***** Tenches, Small Pits and Equipment Foundations as Proposed by KEDA/Owner *****<br>Engineering and Design --- Includes engineering, design and layout of new dewatering trenches for warehouse area production lines. Includes demolition, shoring, and existing building modidcaition design as required to facilitate construction of trenches, pits and equipment foundations as outlined in KEDA concept drawing provided by Client. | 1 | LS | $27,600.00 | $27,600.00 |
| 2 | L&E | Mobilization and Demobilization --- Includes equipment and personnel mobilization and demobilization to and from site including (4) trackhoes, (3) dump truck, (3) skid steers, (1) full and misc. saws, material handling equipment and etc. | 1 | LS | $23,200.00 | $23,200.00 |
| 3 | L&M | Temporary Fencing, Barricades, Shoring, and Walls --- Includes provision of temporary chain link safety fence along work area and debris blankets as determined necessary for demolition and construction trenches. Excludes any structural shoring required for Pit construction down to depth of 8' below FF. Excludes any shoring costs for excavation depths greater than 8'. | 1 | LS | $43,800.00 | $43,800.00 |
| 4 | L&M | Sawcutting Trenches and Slab --- Includes sawcutting up to 7,200 LF of 6" slab with diesel, electric or hydraulic concrete saws. | 1 | LS | $44,100.00 | $44,100.00 |
| 5 | L&M | Demolition and Haul-out of Walls, Trenches and Slab --- Includes demolition of exisiting walls, trenches and slabs as required to facilitate excavation and removal of concrete and soils within zone of construction required for trench, pit and equipment foundation installation. All materials disposal to be on site. Estimated volume excavation is 750 CY. | 1 | LS | $441,000.00 | $441,000.00 |

**EXHIBIT 4**

Client: Mr. Brian Messamore
Date: 6/25/2019;REV2 07-18-2019;REV3 07-19-2019; REV4 08-01-2019; REV5 08-08-2019; REV6 08-14-2019; REV7 08-22-2019; REV8 08-27-2019

| Item | Subcode | Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|
| 6 | ALW/L&M | Allowance -- Rock Excavation, Storm Drain Structures Relocation and Haul-out --- Includes rock excavation of up to 1' depth below finish floor by ram-hoe for trenches and up to 2' depth below slab for central pit. No blasting is proposed due to proximity of existing plant and operations to construction area. All spoil material to be disposed of on site by loose dumping. | 1 | LS | $20,000.00 | $20,000.00 |
| 7 | L&M | Unreinforced Concrete Trench Construction --- Includes construction of min 12" wide up to 3' wide concrete cast-in-place trench drain with minimum trench concrete and slope as per design furnished by owner dated 08-08-2019. Includes up to 4' wide concrete slab replacement and up to 6" thick sidewalls and bottom of trench. Approximate revised length of trenches total 572m (1,220 LF). Excludes any tile inlay. | 1 | LS | $423,700.00 | $423,700.00 |
| 8 | L&M | Galvanized Steel Trench Grating and Embeds --- Includes galvanized grating or steel cover plates in areas defined in owners concept drawing. Grating to be minimum 1.75" deep banded grating with L2x2 embedded seat angles each side trench wall. Any trench covery plates to be minimum of 3/8" thick in non traffic areas and up to 1" thick as required for AGV loading. Approx. revised trench length as of 08-08-2019 concept is 1220 LF | 1 | LS | $425,700.00 | $425,700.00 |
| | | Subtotal Trenches and Pits = | $1,449,100.00 | | | |
| 9 | L&M | Equipment Foundations, Pedestals, Pads and Pits --- Includes demo, excavation, layout, forming, prep, concrete and appurtenances for construction of equipment foundations per design furnished by owner issued 08-08-2019. Includes strip footings for six (6) equipment pads with unreinforced footing cross seciton 400mmx400mm with embeds furnished by owner. Excludes any pedestals or sloping slabs adjacent to trenches as shown on revised plans. Each equipment set has up to 18 steel plate embeds furnished by owner. All other equipment foundations to be level with and placed on existing normal finish floor of plant. **Note: This item may be not required and can be deleted if approved by equipment manufacture.** | 1 | LS | $201,200.00 | $201,200.00 |

Client: Mr. Brian Messomore
Date: 6/25/2019; REV2 07-18-2019; REV3 07-19-2019; REV4 08-01-2019; REV5 08-08-2019; REV6 08-14-2019; REV7 08-22-2019; REV8 08-27-2019

| Item | Subcode | Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|
| 9.1 | L&M | Curbs for New Polishing and Rectifier Equipment --- Includes 6" x 6" continuous curbs along perimeter of KEDA equipment and extended up to 36" wide along long sides of the equipment. Note: Quantity subject to change based on detailed dimensions of equipment not yet known. Includes up to 500 SF epoxy floor overlay in existing rectifier equipment area. | 1,100 | LF | $110.00 | $121,000.00 |
| 9.2 | L&M | Equipment Foundation for Water Filtration System --- Includes NEC design-build for foundation for above grade water filtration system along exterior wall of existing water filtration equipment. Includes labor and materials for up to 126 CY concrete, 23,200 lb reinforcing steel, 160 CY soil excavation and removal. Excludes rock excavation. | 1 | LS | $152,850.00 | $152,850.00 |
|  |  | Subtotal Equipment Foundations, Pedestals, Pads and Special Pits = | $475,050.00 |  |  |  |
| 10 | L&M | Central Pit and Pumping Basin --- See attached Proposal for revised pit dated 08-01-19. | 1 | LS | $455,850.00 | $455,850.00 |
|  |  | Subtotal Central Pit and Pumping Basin = | $455,850.00 |  |  |  |
| 11 |  |  | 0 |  | $0.00 | $0.00 |

Note: Items in red have been revised from previous submittal

Subcode Index:
M - Material
L - Labor
E - Equipment
D - Design
C - Complete
AWL - Allowance
ENGR - Engineering

Unit Index:
EA - Each
LS - Lump Sum
HR - Hours
LF - Linear Feet
CF - Cubic Feet
SF - Square Feet
SY - Square Yards
CY - Cubic Yards
TBD - To Be Determined

Design and Constr. Subtotal = $2,380,000.00
Builders Risk Insurance @ 0.00% $0.00
+Overhead @ 0.00% $0.00
+Profit @ 0.00% $0.00
Design and Constr. Total Est. = $2,380,000.00

Contr. Authorizing Signature: _[signature]_

Client Authorizing Signature: _[signature] PRESIDENT_
Date: 8-30-19

Notes and Exceptions:

Client: Mr. Brian Messamore
Date: 6/25/2019;REV2 07-18-2019;REV3 07-19-2019; REV4 08-01-2019; REV5 08-08-2019; REV6 08-14-2019; REV7 08-22-2019; REV8 08-27-2019

| Item | Subcode | Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|
| | 1 | Max scope of work for items listed above is as indicated. Any required quantities in excess of these values will be brought to the attention of the Client prior to engaging in extrawork. Extra work will be billable at rate indicated above plus applicable OH+P. | | | | |
| | 2 | It is anticipated that once commenced the work will require min. 120 days to substantial completion and 135 days to final completion, plus extra time if rock excavation required. Start date of construction is anticipated to be immediate. Main trench (plan north) and central pit are to be constructed first. Liquidated Damages for substatial completion may be set at up to $250/day. | | | | |
| | 3 | Any required rock excavation in excess of 1' deep for trenches and 1' deep for pits, or that is outside designated footprint of proposed concrete construction will be at extra costs based on cost + 15%. | | | | |
| | 4 | Any extra concrete slab-on-grade required outside designated trench width + 2' each side of trench wall to be installed at additional cost of $16.50/SF | | | | |
| | 5 | Any and all temporary dewatering or bulkheads required to facilate construction will billable as extra cost at rate of cost + 15% | | | | |
| | 6 | All equipment embeds or materials to be incorporated into the subject work are to be furnished by and in a timely manor by equipment supplier or client. No embeds are included furnished within this proposal. Any embeds for equipment that are furnished by NEC will be at additional cost. | | | | |
| | 7 | Payment terms are 30% ($714,000) at Notice to Proceed, then 25% ($595,000) after 45 days from NTP, then 25% ($595,000) after 90 days from NTP, then remaining balance ($476,000) immediately upon completion. Excludes value of any change orders that may become necessary. Change orders involving additional compensation due NEC will be in addition to the periodic payment values indicated AND will be due and payable within 30 days following completion of such extra work. | | | | |
| | 8 | Work force anticipated includes up to three (3) crews simultaneously. Work will be primarily self performed. Subcontracted crews will be added as deemed necessary to complete required scope of work. | | | | |
| | 9 | Excludes cost of any construction testing, special inspections, or permit fees if required by juristiction or owner. | | | | |
| | 10 | Excludes cost of modifications to exisiting building, drainage and equipment systems affected by the proposed construction. | | | | |
| | 11 | See proposal for central pit dated 08-01-19 for scope of work and pay items for item no. 10. | | | | |
| | 12 | Design of all trenches and equipment foundations are by Client. NEC is not responsible for the structural design, hyrdraulic design, structural reliability or structual performance of any portion of work designed by Client or others. English (Imperial) equivalent dimensions will be utilized when not subject to equipment related specified dimensions or tolerances. NEC to provide stamped design of concrete mat foundation for water filtration system. | | | | |

Note: The information contained in this document is considered proprietary in nature and intended only for the sole use of the individual(s) or entity(ies) listed as 'Client' above. As such, this information and it's concept(s) are not to be shared in any form, including but not limited to written, verbal or electronic formats, with any other individual, entity or third party for any reason without the prior expressed and written approval of Neely Engineering & Contracting, LLC. This quotation or bid expires 30 days following the date of this estimate listed above, unless specifically noted herein otherwise. **Acceptance of this proposal by written, verbal, faximile, or any other effective means authorizing NEC to proceed with the work herein listed constitutes also full acceptance of the Master Services Agreement (MSA), or if not present then the standard NEC General Terms and Conditions, effective as of the date listed above whether or not attached hereto or by reference.**