| From: | Chollet, Bert |
|---|---|
| To: | reid.leitner@reidleitnerlaw.com |
| Cc: | Caputo, Chris |
| Subject: | RE: Wonder Porcelain / Neely Engineering |
| Date: | Tuesday, May 12, 2020 1:13:49 PM |

Reid,

Good afternoon. I am circling back on Wonder's May 4 agreement to mediate and suggestion of mediators. Please advise as to Neely's position concerning the non-binding mediation and selection of a mediator.

Thank you,

Bert


**Albert L. Chollet III, Of Counsel**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Phone: (615) 726-5741
Email: achollet@bakerdonelson.com
www.bakerdonelson.com

> **From:** Chollet, Bert
> **Sent:** Wednesday, May 6, 2020 4:53 PM
> **To:** 'reid.leitner@reidleitnerlaw.com' <reid.leitner@reidleitnerlaw.com>
> **Cc:** Caputo, Chris <ccaputo@bakerdonelson.com>
> **Subject:** RE: Wonder Porcelain / Neely Engineering
>
> Reid,
>
> Please see attached correspondence on behalf of Wonder Porcelain.
>
> Regards,
>
>
> **Albert L. Chollet III, Of Counsel**
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> Baker Donelson Center
> 211 Commerce Street, Suite 800
> Nashville, Tennessee 37201
> Phone: (615) 726-5741
> Email: achollet@bakerdonelson.com
> www.bakerdonelson.com
>
>> **From:** Chollet, Bert

**EXHIBIT 3**

**Sent:** Monday, May 4, 2020 12:41 PM
**To:** 'reid.leitner@reidleitnerlaw.com' <reid.leitner@reidleitnerlaw.com>
**Cc:** Caputo, Chris <ccaputo@bakerdonelson.com>
**Subject:** RE: Wonder Porcelain / Neely Engineering

Reid,

In response to your client's demand for a non-binding mediation, Wonder Porcelain will agree to a mediation in Nashville in an effort to resolve the matter on mutually agreeable terms prior to pursuing litigation or any other dispute resolution.

I will need to review with my client for approval, but would you be willing to recommend either Jim Kay or Tracy Shaw to your client?

Bert



**Albert L. Chollet III, Of Counsel**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Phone: (615) 726-5741
Email: achollet@bakerdonelson.com
www.bakerdonelson.com

**From:** Chollet, Bert
**Sent:** Friday, May 1, 2020 5:29 PM
**To:** 'reid.leitner@reidleitnerlaw.com' <reid.leitner@reidleitnerlaw.com>
**Cc:** Caputo, Chris <ccaputo@bakerdonelson.com>
**Subject:** Wonder Porcelain / Neely Engineering

Reid,

Please see attached concerning the referenced matter.

Thank you,

Bert



**Albert L. Chollet III, Of Counsel**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Phone: (615) 726-5741
Email: achollet@bakerdonelson.com
www.bakerdonelson.com