IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NEELEY ENGINEERING AND CONTRACTING LLC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:20-cv-00415 Chief Judge Crenshaw |
| WONDER PORCELAIN GROUP, LLC, d/b/a AMERICAN WONDER PORCELAIN, Individually and as Statutory Trustee on Behalf of Neely Engineering & Contracting, LLC, | ) ) ) ) ) ) | Magistrate Judge Frensley Jury Demand |
| Defendant. | ) ) | |

## JOINT NOTICE OF SCHEDULING MEDIATION

The Plaintiff, Neely Engineering & Contracting, LLC, and the Defendant, Wonder Porcelain Group, LLC d/b/a American Wonder Porcelain, by counsel, and pursuant the Order which the Court entered June 12, 2020 (Docket No. 13), now respectfully file this joint notice to advise the Court that the parties have agreed to the selection of the Honorable John T. Blankenship to serve as mediator pursuant to the Court's order.

The parties further notify the Court that they have agreed in consultation with the mediator to schedule mediation for August 19, 2020, to commence at 9:00 a.m. CST in Nashville, Tennessee.

1

Respectfully submitted,

**REID LEITNER LAW GROUP, PLLC**

By: /s/ Reid D. Leitner
**Reid D. Leitner, Esq. /** BPRN 16187
**Matthew J. Anderson, Esq. /** BPRN 34909
**David H. Wood, Esq. /** BPRN 35489
201 Fourth Avenue North, Suite 1470
Nashville, Tennessee 37219
Telephone: (615) 933-7900
Facsimile: (629) 888-4185
reid.leitner@reidleitnerlaw.com
matt.anderson@reidleitnerlaw.com
david.wood@reidleitnerlaw.com

Attorneys for Plaintiff
Neely Engineering & Contracting, LLC


**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

                                      With permission
By: /s/ Albert L. Chollet        Reid D. Leitner
**Christopher M. Caputo, Esq. /** BPRN 20000
**Albert L. Chollet III, Esq. /** BPRN 24356
**Paul Madden, Esq. /** BPRN 37588
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-2600
Facsimile: (615) 726-0464
achollet@bakerdonelson.com
ccaputo@bakerdonelson.com
pmadden@bakerdonelson.com

Attorneys for Defendant
Wonder Porcelain Group, LLC d/b/a
American Wonder Porcelain

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the ***Notice of Setting Mediation*** has been forwarded by electronic means via the Court's electronic filing system or by U.S. Mail, postage prepaid, to:

  Christopher M. Caputo, Esq.
  Albert L. Chollet III, Esq.
  Paul Madden, Esq.
  BAKER, DONELSON, BEARMAN, CALDWELL
    & BERKOWITZ, PC
  P.O. Box 190613
  Nashville, Tennessee 37219

  John T. Blankenship  By U.S. Mail & Email: john@blankenshipadr.com
  Blankenship ADR
  2179 Edward Curd Lane
  Franklin, Tennessee 37067

This the 22nd day of June, 2020.

              /s/ Reid D. Leitner
              **Reid D. Leitner**

S:\NeelyEngineering\Pleadings\Mediation.not